FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

APR 13 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. Josef Harold Atchan

**CASE NUMBER:** CR 22 154 VC

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Kevin Yeh

**Date Submitted:** 04/13/22

**Comments:**

3:22-mj-70384

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

Josef Harold Atchan

CR 22 154 VC

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

/s/ Foreperson of the Grand Jury
　　　　　　　　　　　　　　　　　　Foreman

Filed in open court this __13th__ day of

__April__

　　　　　　　　　　　　　　　　Clerk: Rose Maher

Bail, $ __No process__

Hon. Thomas Hixson, U.S. Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

APR 13 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEF HAROLD ATCHAN,

    Defendant.

) CR NO. 22 1548
)
) VIOLATION:
) 18 U.S.C. § 922(g)(1) – Felon in Possession of a
) Firearm and Ammunition;
) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) –
) Forfeiture Allegation
)
)

VC

## INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

    On or about February 1, 2022, in the Northern District of California, the defendant,

JOSEF HAROLD ATCHAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, namely, one Glock 23 Gen 4 .40 S&W semiautomatic pistol bearing serial number BMTM795, and loaded with ammunition, namely, 20 rounds of 40 S&W caliber Winchester cartridges; one Masterpiece Arms MPA30T 9 mm semiautomatic pistol bearing serial number FX27205, and loaded with ammunition, namely, 18 rounds of 9 mm Luger caliber cartridges of assorted ammunition (10 rounds of Federal Cartridge, 6 rounds of Sellier & Bellot, and 2

INDICTMENT

rounds of Winchester); and 14 rounds of .223 Remington caliber cartridges of assorted ammunition (7 rounds of HMC, 4 rounds of Hornady, and 3 rounds of Norma), and the firearms and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

JOSEF HAROLD ATCHAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

a. one Glock 23 Gen 4 .40 S&W semiautomatic pistol bearing serial number BMTM795 located in the defendant's vehicle on February 1, 2022;

b. one Masterpiece Arms MPA30T 9 mm semiautomatic pistol bearing serial number FX27205 located in the defendant's residence on February 1, 2022;

c. one .223 Remington caliber AR-15 style semiautomatic pistol with aftermarket Anchor Harvey aluminum upper receiver and unknown lower receiver with a barrel marked .223 Wylde 1:7 USA located in the defendant's residence on February 1, 2022;

d. 20 rounds of 40 S&W caliber Winchester cartridges and the magazine in which they were housed;

e. 18 rounds of 9 mm Luger caliber cartridges of assorted ammunition (10 rounds of Federal Cartridge, 6 rounds of Sellier & Bellot, and 2 Rounds of Winchester) and the magazine in which they were housed; and

INDICTMENT                               2

f.  14 rounds of .223 Remington caliber cartridges of assorted ammunition (7 rounds of HMC, 4 rounds of Hornady, and 3 rounds of Norma) and the magazine in which they were housed.

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: April 13, 2022                              A TRUE BILL.


                                                   /s/ Grand Jury Foreperson
                                                   FOREPERSON
                                                   San Francisco, CA

STEPHANIE M. HINDS
United States Attorney


 /s/ Kevin Yeh
KEVIN YEH
Assistant United States Attorney

INDICTMENT                                3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years imprisonment
Maximum $250,000 fine
Maximum 3 years supervised release
$100 special assessment
Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Josef Harold Atchan

DISTRICT COURT NUMBER
CR 22-154 VC

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Joseph Demartini

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
3:22-mj-70384

Name and Office of Person Furnishing Information on this form    Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kevin Yeh

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
☐ No

DATE OF ARREST ▶  Month/Day/Year  April 7, 2022
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____    Before Judge: _____

Comments: