STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    kevin.yeh@usdoj.gov

Attorneys for United States of America

**FILED**

May 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22-CR-154-VC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 26, 2022, TO JUNE 6, 2022 |
| v. | ) | |
| JOSEF HAROLD ATCHAN, | ) | |
| Defendant. | ) | |

On April 26, 2022, a hearing was held in this matter before the Honorable Thomas S. Hixson and a status conference was set for June 6, 2022, before the Honorable Vince Chhabria. Because the government has produced discovery and the defense will require additional time to review such discovery, the parties stipulate and agree that excluding time from April 26, 2022, through June 6, 2022, will allow reasonable time for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 26, 2022, through June 6, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 3:22-cr-154-VC                                          v. 7/10/2018

IT IS SO STIPULATED.

DATED:     April 24, 2022                                /s/
                                                 KEVIN YEH
                                                 Assistant United States Attorney

DATED:     April 24, 2022                                /s/
                                                 CANDIS MITCHELL
                                                 Counsel for Defendant Josef Harold Atchan

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 26, 2022, through June 6, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 26, 2022, through June 6, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, the Court ORDERS that the time from April 26, 2022, through June 6, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  May 11, 2022                                 _____
                                                 HON. THOMAS S. HIXSON
                                                 United States Magistrate Judge